UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-103-FL

| | |
|---|---|
| INDEPENDENCE MEDICAL, P.A., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| KATHLEEN SEBELIUS, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
|     Defendant. ) | |

For good cause having been shown upon the Motion to Seal by the Defendant, it is hereby

ORDERED that the Administrative Record and supporting documents which are being filed under 5:14-MC-00022-FL be filed under seal and remain so until otherwise ordered by the Court.

This <u>10th</u> day of June, 2014.

*/s/ Louise W. Flanagan*
_____
LOUISE W. FLANAGAN
United States District Judge