UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-103-FL

| | |
|---|---|
| INDEPENDENCE MEDICAL, P.A., )<br>      Plaintiff,     )<br>                     )<br>      v.               )<br>                     )<br>KATHLEEN SEBELIUS, SECRETARY, )<br>UNITED STATES DEPARTMENT OF  )<br>HEALTH AND HUMAN SERVICES,   )<br>      Defendant.     ) | O R D E R |

This matter came on to be heard upon Defendant's Motion to Stay Scheduling Order and set a briefing schedule in this action.

It is ORDERED and the Court finds that this is an A.P.A. case and a briefing schedule should be ordered rather than a Rule 16 or 26 scheduling order. The Court orders that Plaintiff's brief will be due on or before October 17, 2014, and Defendant's responsive brief will be due on or before November 17, 2014.

This _2nd_ day of July, 2014.

_/s/ Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge